**Opinion issued June 3, 2025.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00393-CV

_____

**JENNA TABAKMAN, Appellant**

**V.**

**GARY TABAKMAN, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-23847**

---

## MEMORANDUM OPINION

Appellant Jenna Tabakman has filed a motion for voluntary dismissal of her appeal, stating that she no longer wishes to pursue her appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1),

(c).  More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal.  *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.